## William Duane *against* James Simmons.

Substantial finding of a collateral issue, held sufficient.

This cause was tried at the last sittings in July 1806, upon a collateral issue of the same kind, and for the same cause of action, *as the one herein before stated. A privy verdict [*442 was found in these words, and was so entered. "The "jurors in the above case do coincide in opinion, that the above "case is precisely the same as that brought by the same plaint-"iff against John Dunlap, and tried in the Court of *Nisi Prius* "in December term 1805." "James Dilworth, John Saulnier, "John Morris, James Brady (‡‡), John Lohra, David Lapsley, "Jonathan Bunting, Peter Deal, John Hayward (‡‡), Anthony "Cuthbert, Napthali Hart, Frederick Piper (‡‡)," the names of the jurors were subscribed thereto.

To this was subjoined the following "note; those jurors whose "names are marked thus (‡‡) do not think that the defendants "should be cleared of the guilt."

It was submitted to the court without argument, whether this finding was sufficient or not.

The court, in the absence of the chief justice, declared their opinion, that the issue was substantially found *una voce*. All the jurors assented to the verdict, when they appeared in court; and the suggestions of the three jurors concerning the defendant's guilt, is at most but surplusage.

Judgment for the defendant.